IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| L. M. BURCH,            )<br>)<br>Plaintiff,        )<br>)<br>v.                 )<br>)<br>CITY OF ELBA, et al.,  )<br>)<br>Defendants.      )<br>) | CASE NO. 1:23-CV-69-RAH |

## **ORDER**

On April 27, 2023, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 16.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 16) is ADOPTED.

2. This case is DISMISSED without prejudice.

3. The Motion to Dismiss (Doc. 12) is DENIED as moot.

DONE, on this the 17th day of May 2023.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE